**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1014**

In re: PERCY JAMES TUCKER,

        Petitioner.

On Petition for Writ of Mandamus.  (2:09-cr-00182-AWA-DEM-1)

Submitted:  May 7, 2020                    Decided:  June 2, 2020

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Percy James Tucker, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy James Tucker petitions for a writ of mandamus in his closed criminal case. He seeks an order from this court directing the clerk to act. "[M]andamus is a drastic remedy that must be reserved for extraordinary situations." *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (internal quotation marks and citations omitted). "Courts provide mandamus relief only when (1) petitioner 'ha[s] no other adequate means to attain the relief [he] desires'; (2) petitioner has shown a 'clear and indisputable' right to the requested relief; and (3) the court deems the writ 'appropriate under the circumstances.'" *Id.* (quoting *Cheney v. U.S. Dist. Court*, 542 U.S. 367, 380-81 (2004)). The writ of mandamus is not a substitute for appeal after final judgment. *Will v. United States*, 389 U.S. 90, 97 (1967); *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

We have reviewed Tucker's petition and conclude that he fails to show he is entitled to the requested relief. Accordingly, we deny the petition for a writ of mandamus. While this petition was pending, Tucker also filed a motion for home confinement seeking his release from prison based on the risks associated with the COVID-19 virus. We deny the motion without prejudice to Tucker re-filing his motion in the district court, which should consider the motion in the first instance, and without prejudice to Tucker filing another mandamus petition if he is barred from filing his motion in the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*